J. David Bournazian (SBN 186194)
david.bournazian@troutman.com
Michael E. McCarthy (SBN 301010)
michael.mccarthy@troutman.com
**TROUTMAN SANDERS LLP**
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Attorneys for Defendants
WAL-MART STORES, INC. and
WAL-MART REAL ESTATE BUSINESS TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| FRANCISCA MORALEZ, | Case No. 3:17-cv-05127-WHA |
| Plaintiff, | Honorable William H. Alsup |
| v. | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56** |
| WAL-MART STORES, INC. dba WALMART SUPERCENTER; WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware Business Trust, | |
| Defendants. | **[CIVIL LOCAL RULES 6-2 AND 7-12]** |
TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

33173295
ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION
REQUIRED BY GENERAL ORDER 56; CASE NO. 3:17-CV-05127-WHA

# ORDER

The Parties having so stipulated and good cause appearing:

IT IS HEREBY ORDERED that the deadline for Plaintiff Francisca Moralez and Defendants Wal-Mart Stores, Inc. and Wal-Mart Real Estate Business Trust to complete the joint site inspection required under Northern District of California General Order 56 is continued from December 15, 2017, up to and including **January 16, 2018**.

IT IS FURTHER ORDERED that all deadlines in General Order 56 which are triggered based on the date of the joint site inspection are continued in accordance with the new inspection deadline.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 6, 2017.

_____
United States District Judge
William H. Alsup