IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANCISCA MORALEZ,

    Plaintiff,

v.

WAL-MART STORES INC., dba WALMART SUPERCENTER, and WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware Business Trust,

    Defendants.

No. C 17-05127 WHA

**ORDER REGARDING DEFENDANTS' DISCOVERY DISPUTE**

The Court has read the letter briefs dated July 20 and July 23 and rules as follows. The deposition of Francisca Moralez will take place at **9:00 A.M. ON AUGUST 8, 2018**, at whatever place was noticed in the notice of deposition. This will allow Lawyer Best to complete his two-week cruise. Meanwhile, his office shall produce the requested documents on **JULY 30**, as stated by counsel. This order is without prejudice to a further hearing on wether or not one side or the other has been unreasonable in scheduling this deposition. This order will be filed today (July 23), the same day as plaintiff's counsel's letter and at a time when he evidently will still be in radio contact with the rest of the world. He would be well-advised to pay extra for cell coverage on his cruise.

**IT IS SO ORDERED.**

Dated: July 23, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE